Roger E. Meier  3/22/10
883 4th Ave
Hancock WI
54943
715 249 5544

To Whom It may concern: With regards to a communications that I received from the US Bankruptcy Court that the M&I Bank would like the stay from the bankruptcy removed. I am asking that it stay in place and with the interest that I have in the only property that I have, I may be able to sell it, and reverse the problem that I have now.

I don't understand why the bank wants to be removed from the stay, they have mentioned on many occasions that they did not want to be in the real-estate business. If the stay can be kept in place maybe the property can be sold and avoid the bankruptcy.

Sincerely

Roger Edward Meier

*[signature: Roger S Meier]*

Susan Slayden Meier

*[signature: S Sly Meier]*

Chapter 7
Case number 10-23222-jes

FILED – MAIL
2010 APR -5 AM 11:00
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI